UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVEN BISHOP,<br><br>            Petitioner,<br><br>      v.<br><br>NEIL MCDOWELL,<br><br>            Respondent. | Case No. 5:21-cv-266-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner and Respondent have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: February 28, 2022

HONORABLE JESUS G. BERNAL
United States District Judge