JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVEN BISHOP,<br>     Petitioner,<br>    v.<br>NEIL MCDOWELL,<br>     Respondent. | Case No. 5:21-cv-266-JGB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: February 28, 2022

               _____
               HONORABLE JESUS G. BERNAL
               United States District Judge